1

2          **E-Filed 2/2/06**

3

4

5

6

7                        NOT FOR CITATION

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11

12   JINZHONG TIAN,                          Case Number C 05-5123 JF (HRL)

13                     Plaintiff,            ORDER TO SHOW CAUSE

14            v.

15   MICHAEL CHERTOFF, Secretary of the
     Department of Homeland Security, et al.,
16
                      Defendants.
17

18

19        On December 12, 2005, Plaintiff filed a complaint for a writ in the nature of mandamus,

20   seeking to compel Defendants from acting on a Refugee Asylee Relative Petition, or Form I-730,

21   that was approved on February 13, 2003 with respect to his wife and daughter.  Following

22   approval of the Form I-730, Plaintiff's wife and daughter were interviewed by Defendants in

23   Beijing, China, in February and March 2004.  However, Defendants have failed to issue any

24   decision or travel documents with respect to Plaintiff's wife and child, who remain in China

25   *three years* after approval of the Form I-730.

26        The Clerk of the Court shall serve a copy of Plaintiff's complaint on counsel for

27   Defendants, the Office of the United States Attorney, Northern District of California and shall

28   serve a copy of this order on Plaintiff.

1    Defendants are ORDER TO SHOW CAUSE, in writing and within thirty (30) days, why

2    the relief requested should not be granted.  Plaintiff may file a further brief within twenty-one

3    (21) days after the filing of Defendants' brief.  The matter thereafter will be taken under

4    submission without oral argument unless otherwise ordered by the Court.

5    IT IS SO ORDERED.

6

7

8

9

10

11   DATED:  2/2/06

12

13   _____
     JEREMY FOGEL
14   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 05-5123 JF (HRL)
ORDER TO SHOW CAUSE
(JFLC2)

1   Copies of Order served on:

2

3   Counsel for Plaintiff:

4   Justin X. Wang      lawbw@aol.com

5   Counsel for Defendants:

6   Office of the United States Attorney
    150 Almaden Blvd., Suite 900
7   San Jose, CA 95113

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3